IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kamarley Dorrell and Nagie Nadal | **Complaint for Violation of Civil Rights** (Non-Prisoner Complaint) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ *(to be filled in by the Clerk's Office)* Jury Trial:  ☑ Yes  ☐ No *(check one)* |
| **-against-** NASSAU COUNTY  ALL COUNTY TOWING& AUTOBODY INC. NASSAU COUNTY POLICE |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* |  |

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SEE ATTACHMENT #1 |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ALL COUNTY TOWING & AUTOBODY INC. |
| Job or Title (if known) | |
| Street Address | MORITT HOCK & HAMROFF LLP, 400 GARDEN CITY |
| City and County | PLAZA, GARDEN CITY |
| State and Zip Code | New York 11530 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | NASSAU COUNTY POLICE |
| | Thomas A Adams |
| Job or Title (if known) | |
| Street Address | One West Street |
| City and County | Mineola New York |
| State and Zip Code | 11501 |
| Telephone Number | 516-571-3056 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | NASSAU COUNTY |
| | Thomas A. Adams |
| Job or Title (if known) | |
| Street Address | One West Street |
| City and County | Mineola New York |
| State and Zip Code | 11501 |
| Telephone Number | 516-571-3056 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 4th and 5th rights were violated; Seizures of property with out due process of law;  Stolen property; No warrant issued for unlawful search or seizure of property; ~~wrongful arrest and wrongfully detained infringement Upon freedom of movement~~;  deprivation of rights under title 5 etc. SEE ATTACHMENT #2

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?




D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHMENT 2

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

SEE ATTACHMENT 2

B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 28, 2023 between 9:00 pm to 11:00 pm

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

SEE ATTACHMENT 2

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Without our property, it has caused our family
lots of emotional stress that promotes
unhealthy relationships between ourselves and
our children since we were wrongfully stripped
from our property, happiness and liberty. It has
also made it difficult to transport our personal
belongings for non commercial purposes.
SEE ATTACHMENT 2

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

We ask this court this to order the defendants to pay a sum of
$10,000,000USD due to the fact that there was multiple counts of
fraudulent activity such as the production of false tickets  26 U.S.
Code § 7206 - Fraud and false statements (B)Withholding,
falsifying, and destroying records;  Kamarley Dorrell 4th, 5th, 13th
and 14th amendment right were infringed upon; seizure of property
without due process of law and no compensation was made;
wrongfully detained and wrongful patrol arrest etc. SEE
ATTACHMENT 2

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11/13_ , 20_23_

Signature of Plaintiff _Nagie C. Nadal_     _Kamarley Dorrell_

Printed Name of Plaintiff _Nagie Nadal_     _Kamarley Dorrell_

### ATTACHMENT #1

Parties to This Complaint

The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nagie Nadal

Mailing Address: 209 West 125 street NY New York 10027

Cell Phone Number: 347-418-2264

E-mail Address: dorrellnadal@gmail.com

Name: Kamarley Dorrell

Address: must mail any papers "in care of Nagie Nadal" 209 West 125 street NY New York 10027

Cell Phone Number: 347-418-2264

E-mail Address: dorrellnadal@gmail.com

ATTACHMENT 2

Complaint for Violation of Civil Rights  (Non-Prisoner Complaint)

1 Kamarley Dorrell and Nagie Nadal, the plaintiffs in this action, wrote this complaint upon information, beliefs along with Exhibits presented in the following papers.

2 **II. basis for jurisdiction** this complaint states,

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

[Kamarley Dorrell] My **4th, 5th, 13th and 14th amendment right** were infringed upon; Seizures of property without due process of law, stolen property, no warrant issued for unlawful search or seizure of property **32 CFR § 634.48 - General**, no probable cause; **A lack of probable cause will render a warrantless arrest invalid, and any evidence resulting from that arrest (physical evidence, confessions, etc.) will have to be suppressed.** False probable cause stating that I've injured the people in the state of New York. **18 U.S. Code § 35 - Imparting or conveying false information.** Officers infringed upon my freedom of movement by unlawfully taking my property. **Title 18, U.S.C., Section 241 - Conspiracy Against Rights, Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law and Title 18, U.S.C., Section 245 - Federally Protected Activities 2. e. a traveler or user of any facility of interstate commerce or common carrier.** NASSAU COUNTY foil request has infringed upon my rights to public information by requesting for identification. **5 U.S. Code § 552 - Public information; agency rules, opinions, orders, records, and proceedings (E)**

[Nagie Nadal] I have submitted a foil request that states as the second owner of my private property that was stolen by police and brought to a third party company ALL COUNTY TOWING & AUTOBODY INC. NASSAU COUNTY POLICE DEPARTMENT have deprived me of my rights by denying me access to public information or  **Title 18, U.S.C., Section 241 - Conspiracy Against Rights, Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law** and has disobeyed **5 U.S. Code § 552 - Public information; agency rules, opinions, orders, records, and proceedings (E)**

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

*1*

under Bivens, explain how each defendant acted under color of federal law.  Attach additional pages if needed; **III. Statement of Claim** State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

[Kamarley Dorrell] **My 4th, 5th, 13th and 14th amendment right were infringed upon;** Seizures of property without due process of law, stolen property, no warrant issued for unlawful search or seizure of property **32 CFR § 634.48 - General,** no probable cause; A lack of probable cause will render a warrantless arrest invalid, and any evidence resulting from that arrest (physical evidence, confessions, etc.) will have to be suppressed. **False probable cause stating that I've injured the people in the state of NewYork. 18 U.S. Code § 35 - Imparting or conveying false information.** Officers infringed upon my freedom of movement by unlawfully taking my property. Officers have infringed upon my **13th amendment right** by enforcing New York State DMV contracts upon me for commercial purposes. The **13th amendment** states, Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.  By enforcing such contract, Nassau county police department is in violation of **42 U.S. Code § 3617 - Interference, coercion, or intimidation** and forcing labor in which I do not consent to. NYS DMV is participating with **International Registration Plan.** According to **49 U.S. Code § 31701 - Definitions** the **International Registration Plan** is for commercial vehicles. This plan was also developed by the American Association of Motor Vehicle which is a nonprofit association. **Mont. Admin. R. 23.3.416 - UNIFORM APPROVAL OF MOTOR VEHICLE SAFETY EQUIPMENT https://www.aamva.org/about**
I do not agree with any of these terms and conditions that are being enforced upon me by the parties due to the nature that my property is for personal use.

 **Exhibit A1 will provide DMV MV-82 (7/22) VEHICLE REGISTRATION/TITLE APPLICATION for NEW YORK STATE OF OPPORTUNITIES Department Of Motor Vehicles, instructions for Abandoned And Unclaimed Vehicles and New York State of Opportunities Department Of Motor Vehicles International Registration Plan.**

As stated in my explanatory statement, **(Explanatory statement along with Exhibits and additional information ANNEXED AS EXHIBIT B1 and proof of service)**

I was traveling between the hours of (9pm and 10pm) on (August 28, 2023) when I encountered police officers from 4th precinct (vehicle number 408) who committed a series of violations of my human and constitutional rights.

(Officer Castello alleged badge number 4564) immediately yanks keys out of my bike before establishing who I am and gaining personal jurisdiction. This exhibits the intentions of stealing my property. I was then asked to provide identification when my bookbag was unlawfully searched without prior consent or a warrant. Both actions go against the **4th amendment of the US Constitution.**

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 1 I displayed my passport card which was provided to Officer Castello alleged badge number 4564 at the introduction of the video. Officer then confirms that was the document that he ran.

Video 1 (0:45-0:50) Officer Cocozzo is seen giving a false badge number when I requested their names and badge numbers which is in violation of **18 U.S. Code § 35 - Imparting or conveying false information.**

Video 1 (1:27-1:35) Officer Castello alleged badge number 4564 admits to stealing my property by saying "we are taking your property" with aggression even though I've informed him that they do not have the right to do so. This goes against my **human rights and the 4th amendment of the US Constitution.**

Video 1 (2:10-2:20) I've informed Officer Castello alleged badge number 4564 that the information provided to me on a list of 10 tickets is not my information. He then asked me for an address to which I replied "I don't have an address." He then says that he'll use that information even though he acknowledged that the information is false. **This act is in violation of 18 U.S. Code § 35 - Imparting or conveying false information**

Video 1 (4:37- 4:43) Officer Castello alleged badge number 4564 clearly states "well you didn't want to provide us with an address so we used one that was on record with New York State DMV" based on this statement, the information that was provided may no

longer be current as he stated that "it was on record" Was is a verb that indicates a past state or action of one person or thing.

Video 1 (4:47 - 5:11) officer accuses me for violating commercial codes. I then informed him that what I'm being accused of is commercial activity and that I was traveling which is not commercial activity. My passport card also states, Valid for domestic air travel, international land and sea travel between the U.S., Canada, Mexico, the Caribbean and Bermuda.

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 2 officer Cocozzo states that I have to have my property registered with the DMV in order to travel which is false. Traveling is not a commercial activity. This act is in violation of **18 U.S. Code § 35 - Imparting or conveying false information(B)Withholding, falsifying, and destroying records**

**Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;**

**shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.**

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 3 I asked Officer Castello alleged badge number 4564 what information was on my passport. The video abruptly ends however the conversation continues in the link labeled as Video 4. Video 4 (0:38-0:50) officer explains that dmv has generated a client ID for me with inaccurate information. This act showcases fraudulent activity. **26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records**

**Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;**

4

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

Video 4 (129-150) Officer Cocozzo has stated that there is a whole computerized system where he can obtain all personal information such as credit cards, debt information, previous addresses, phone numbers and social security numbers without the consent of an individual. According to Social security administration § 401.100. Disclosure of records with the written consent of the subject of the record.(a) General. Except as permitted by the Privacy Act and the regulations in this part, or when required by the FOIA, we will not disclose your records without your written consent.The purpose of disclosing any identification is to verify if the given document is valid information. This is in violation of **12 CFR § 1022.3 - Definitions (h) Identity theft means a fraud committed or attempted using the identifying information of another person without authority.**

Additionally, Officer Cocozzo has made a false statement, violating corpus delicti laws and defaming me personally by asserting that there was an injured person present at the time I was wrongfully detained while traveling. See video 5 (0:00 - 1:07)  in my Exhibit page (EXHIBIT A)

This act is in violation of **18 U.S. Code § 35 - Imparting or conveying false information. (B)Withholding, falsifying, and destroying records**

**Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;**

**shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.**

Video 5 (0:00 -107) Officer Castello alleged badge number 4564 has made an attempt to reach for his firearm and has made threatening language, telling me to back up as I was asking for identification of each officer and if there were any injured parties in this matter. Officer Castello has knowingly committed a threatening act, due to the fact that officer Castello has conducted an unlawful search of my bag, prior to my identification given, on video 1. This act of searching my bag and flashing a flashlight, without my consent also goes against my **4th amendment right.**

5

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 6, there is a third party company called All County which was used to steal my property from me. I was given a card from an employee of ALL COUNTY which I read aloud between 0:58 - 1:08. Between (1:25 - 2:30) both officers Cocozzo and Castello are seen having a conversation and writing on some form of document. They then all leave and I never received any documentation in regards to my bike other than a business card. (Business card annexed as Exhibit A) ALL COUNTY also does not identify as a local authority. Officer Cocozzo stated that my property will be impounded and then proceeds to call a 3rd party towing company to steal my property. Officers have violated New York Consolidated Laws, **Vehicle and Traffic Law - VAT § 511-b. Seizure and redemption of unlawfully operated vehicles.**
A motor vehicle so impounded shall be in the custody of the local authority and shall not be released.,
Officers from 4th precinct have failed to comply with New York Consolidated Laws, **Vehicle and Traffic Law - VAT § 511-b. Seizure and redemption of unlawfully operated vehicles.** This also proves the intentions of the officers who were stealing my property.

In Video 7 I've provided screen recordings of nassau county's ticket search and searched all 10 tickets. None of those tickets exist which proves it to be false tickets. This proves an act of fraud. **26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records**

**Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;**

**shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.**

All 10 tickets will be annexed as Exhibit B. The tickets also have an unfinished address. The given address on all 10 tickets states, 164 WEST 141 STREET BLANK APARTMENT NUMBER NEW YORK NY 10030. This address provided is a residential building. (See EXHIBIT A for a link labeled street view) the tickets also shows officer Cocozzo badge number as 10909.

This exhibits the act of fraud. **26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records**

6

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

he tickets listed below have offenses that are contradicting, repetitive  and require fines that can estimate up to ($3,836.00) and/or an arrest which further supports my claim. No arrest was ever made due to the fact that there was no personal jurisdiction established.

Ticket K205H4583T AGGRAVATED UNLIC OP 3RD (MISD)
Ticket K205H459LW UNLICENSED OPERATOR
Ticket K205H45BF4 OPERATING OUT OF CLASS
Ticket K205H45BHZ UNAPPROVED/NO FACE SHIELD- MCY
Ticket K205H45BMD UNAPPROVED/NO PROTECTIVE HELMET MCY
Ticket K205H45BQ0 UNREGISTERED LIMITED USE VEHICLE
Ticket K205H45BT4 UNREGISTERED MOTORCYCLE
Ticket K205H45BWJ DRIVING BELOW MINIMUM POSTED SPEED LIMIT
Ticket K205H45C1F UNINSURED ATV
Ticket K205H45C64 UNINSPECTED MOTOR VEHICLE

Based on the penalties for each ticket, I feel that this was an attempt to extort me financially with falsely produced documents.

I feel that I am a victim of fraud, the act of discrimination and have been racially profiled due to the fact that I was laughed at, spoken to aggressively, searched without prior consent and lastly my property was stolen from me without due process of law which is against the **4th and 5th amendment of the US Constitution.**

The damages that took place in this matter was, multiple violation of my human rights, multiple violation of my constitutional rights, wrongfully detained, defamation of character, stolen property, and emotional anguish.

Based on all the information, I am requesting a total of TEN MILLION ( $10,000,000) USD to recover all damages. If this matter cannot be resolved within 30 days from the date of receipt, this matter will result in a lawsuit.

NASSAU COUNTY foil request has infringed upon my rights to public information by requesting for identification. **5 U.S. Code § 552 - Public information; agency rules, opinions, orders, records, and proceedings (E)**

[Nagie Nadal] I have submitted a foil request that states,
I am requesting body cam footage from officers, Castello alleged badge number 4564, Officer Cocozzo alleged badge number 3773 or Durkin alleged badge number 3864 Lambros alleged badge number 4585 from August 28, 2023 between the hours 9:00pm and 11:00pm. The status of all body cams of said officers on the date of August 28, 2023 whether or not if body cams were functioning or malfunction. Dash cams of all assigned vehicles for said officers from 4th precinct on August 28, 2023 between the hours of 9:00pm and 11:00pm.
I've submitted this form as the second owner of my private property that was stolen by police and brought to a third party company. On October 16, 2023 since Kamarley Dorrell was unlawfully restricted from public information. According to NASSAU COUNTY POLICE DEPARTMENT I was denied access and received an email that reads.
We are in receipt of your Freedom of Information Law (FOIL) request.
Please be advised that your request is denied pursuant to NYS Public Officers Law §87(2)(b). Producing the records requested would constitute "an unwarranted invasion of personal privacy." You may appeal this decision within 30 days, in writing to:
Nassau County Police Department
Office of the Commissioner of Police
1490 Franklin Avenue
Mineola, New York 11501
Nassau County Police Department
Office of the Commissioner of Police
1490 Franklin Avenue
Mineola, New York 11501.
ALL CORRESPONDENCE MUST INCLUDE YOUR FOIL REFERENCE NUMBER
Thank you.
Nassau County Police Department
https://www.pdcn.org/

NASSAU COUNTY POLICE DEPARTMENT has disobeyed **5 U.S. Code § 552 - Public information; agency rules, opinions, orders, records, and proceedings** (E)
NASSAU COUNTY POLICE DEPARTMENT has also misrepresented **NYS Public Officers Law §87(2)(b).**

8

We believe that the NASSAU COUNTY POLICE DEPARTMENT is suppressing evidence to continue their corrupted practices against ourselves and others.

**Exhibit C1 will provide copies of emails from NASSAU COUNTY Foil Request acknowledgements and NASSAU COUNTY POLICE DEPARTMENT screen recordings of both plaintiffs submitting the forms. Phone calls to ALL COUNTY TOWING & AUTOBODY INC.**

[Kamarley Dorrell] ALL COUNTY TOWING & AUTOBODY INC. Has willingly towed my private property without my consent and in the best interest of NASSAU COUNTY POLICE DEPARTMENT. By committing this act, ALL COUNTY TOWING & AUTOBODY INC. are in violation of my 4th, 5th, 13th and 14th amendment right and have deprived me of my rights. A phone call was conducted to ALL COUNTY TOWING & AUTOBODY INC. where an employee who calls herself "Vanessa" explained to both plaintiffs that they can just take unregistered property even though my property was not subject to impoundment based on **§ 634.49 Standards for impoundment. (a) POVs should not be impounded unless the vehicles clearly interfere with ongoing Implied consent.**
**B - Driving Privileges§ 634.8 Implied consent.**
**while driving or in physical control of a motor vehicle on military installations to determine the influence of intoxicants. (b) Implied consent to impoundment.**
**§ 634.52 Search incident to impoundment based on criminal activity. (b)**
there was no serious incident or any injured party that occurred leading the officers to create a false probable cause. To conduct an investigation would be impossible due to the fact that my property is currently in the possession of ALL COUNTY TOWING & AUTOBODY INC. Which is a repair shop as explained in another phone call with the company.

**IV. Injuries If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.**

Without our property, it has caused our family lots of emotional stress that promotes unhealthy relationships between ourselves and our children since we were wrongfully stripped from our property, happiness and liberty. It has also made it difficult to transport our personal belongings for non commercial purposes.

**V. Relief State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.**

We ask this court this to order the defendants to pay a sum of $10,000,000USD due to the fact that there was multiple counts of fraudulent activity such as the production of false tickets **26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records;** Kamarley Dorrell **4th, 5th, 13th and 14th amendment right were infringed upon;** seizure of property without due process of law and no compensation was made; wrongfully detained and wrongful patrol arrest based on false probable cause **18 U.S. Code § 35 - Imparting or conveying false information.;** Threatening behavior towards Kamarley Dorrell; NASSAU COUNTY POLICE DEPARTMENT has disobeyed **5 U.S. Code § 552 - Public information; agency rules, opinions, orders, records, and proceedings (E)** by denying Nagie Nadal's Foil request and violating her 4th amendment right; depriving us of our rights, liberty and enjoyment based on those acts proven to be committed.

# EXHIBIT

# A1



**NEW YORK STATE OF OPPORTUNITY.** | **Department of Motor Vehicles**

Published on *New York DMV* (https://dmv.ny.gov)

Home > Printer-friendly > International Registration Plan (IRP)

The International Registration Plan (IRP) is a registration agreement between all of the states in the continental United States, the District of Columbia and all the Canadian provinces. The IRP allows for the registration of commercial vehicles that travel in two or more of these jurisdictions.

An IRP registrant pays registration fees in one jurisdiction and receives IRP registrations, apportioned plates and cab cards from one jurisdiction. The cab cards list all of the jurisdictions where the vehicles can operate. The fees are shared (apportioned) by the jurisdictions where the vehicles operate. The fees are divided based on the percentage of fleet miles the vehicles operate in each jurisdiction.

For a list of the jurisdictions that are members of the IRP, see the NY State IRP Manual (pdf) [1].

For more information about the IRP, visit the website of IRP, Inc. [2]

## You can get an IRP registration if

- a vehicle operates in two or more jurisdictions that participate in the International Registration Plan
- the vehicle is designed or used to transport persons for hire or to transport property
- the vehicle is
  - a power unit that has two or more axles and a gross vehicle weight (GVW) of more than 26,000 pounds
  - a power unit of any weight that has three or more axles
  - used in a vehicle combination and the GVW of the combination is more than 26,000 pounds

If you choose not to obtain IRP registrations, and your vehicle meets or exceeds the criteria above, you will have to purchase trip permits for each vehicle to enter other IRP jurisdictions.

## Exempt from the IRP apportioned registration requirements

- recreational vehicles
- vehicles that display restricted plates [1]
- vehicles owned by government agencies
- trailers

1.    1. Not all jurisdictions recognize New York State restricted plates. You should contact each jurisdiction in which you intend to travel for their requirements.



Published on *New York DMV* (https://dmv.ny.gov)

Home > Printer-friendly > Abandoned and unclaimed vehicles

## How do I dispose of an abandoned or unclaimed vehicle?

There are specific definitions of an abandoned and an unclaimed vehicle. Determine which definition applies to you, then see instructions:

- An ***abandoned vehicle*** is a motor vehicle that has been left unattended on the property of another for more than 96 hours, if it was left without the permission of the owner.

- An ***unclaimed vehicle*** is a motor vehicle, other than an impounded vehicle, that is being held by an automotive-related business and that may be lawfully released by the business to the customer upon payment for the reasonable charges for repairs, towing, and/or storage, as applicable. If an automotive-related business tows or stores an abandoned vehicle at the request of a police officer, and the local authority does not choose to exercise its right to take custody and ownership of the vehicle as prescribed by §1224 of the New York State Vehicle and Traffic Law, then such motor vehicle will be considered an unclaimed vehicle.

**Note:** Before you dispose of an unclaimed or abandoned vehicle, contact your local police agency to verify that the vehicle has **not been reported as stolen**.

## Dispose of an abandoned vehicle

First contact the ***local authority*** [1] that has jurisdiction over the abandoned vehicle. Local authorities are authorized to take custody of any abandoned vehicle in their jurisdiction, whether abandoned on public or private property.

If the local authority does not choose to exercise its authority to take custody and ownership of the abandoned vehicle, you may do one of the following, as appropriate:

If the motor vehicle

- has a **wholesale value of $1,250 or less**, and
- is **10 or more model years old** and
- has been abandoned for **at least one month**

you can transfer the vehicle to a registered vehicle dismantler or itinerant vehicle collector. Use the Statement of Abandoned Vehicle (PDF) [1] (MV-37). To calculate the first eligible model year, subtract 9 from the current calendar year. For example, 2010 minus 9 equals 2001, and eligible model years would be 2001 and older.

If the motor vehicle does not meet all of the preceding requirements, ask your local police agency to give a towing company an authorization to tow the vehicle away from your property.

## Dispose of an unclaimed vehicle

You may dispose of an ***unclaimed vehicle*** by following the appropriate procedures for filing a Garageman's Lien. The procedures are described in the <u>Instructions and Requirements for Filing New York State Garageman's Liens (PDF)</u> [2] (MV-901C) .

If you are filing a Garageman's Lien for unpaid charges for towing and storage, and the wholesale value of the motor vehicle is **less than $500**, you can use the abbreviated procedure described in the <u>Instructions and Requirements for Completing MV-901DI (PDF)</u> [3], and the <u>Garageman's Certification and Bill of Sale for Vehicles Worth Less Than $500 (PDF)</u> [4] (MV-901D) .

---

<u>1.</u>   1. A local authority is the city, town, or village in which a vehicle is abandoned (a county may act as the agent for a local authority within that county). However, if a vehicle is abandoned on property owned by the New York State Thruway Authority, the Office of Parks, Recreation and Historic Preservation, the New York State Department of Transportation, or a local authority or commission, such authority or commission is the local authority.

**NEW YORK** STATE OF OPPORTUNITY **Department of Motor Vehicles**

## VEHICLE REGISTRATION/TITLE APPLICATION

**Office Use Only**

| Batch | | Class |
|---|---|---|
| File No. | | |

☐ Orig    ☐ Activity    ☐ Renewal    ☐ Lease Buyout | Three of Name
☐ Dup    ☐ Activity W/RR    ☐ Renew W/RR
☐ Sales Tax with Title    ☐ Sales Tax Only without Title

**INSTRUCTIONS:**

A. Is this vehicle being registered only for personal use? ☐ Yes ☐ No

**If YES -** Complete sections **1-4** of this form.

**Note:** If this vehicle is a **pick-up** truck that is never used for commercial purposes and does not have advertising on any part of the truck, you are eligible for passenger plates or commercial plates. **Select one:** ☐ Passenger Plates    ☐ Commercial Plates

**If NO -** Complete sections **1-5** of this form.

B. Complete the Certification in Section 6.

C. Refer to form MV-82.1 Registering/Titling a Vehicle in New York State for information to complete this form.

### SECTION 1

| I WANT TO: | ☐ REGISTER A VEHICLE | ☐ RENEW A REGISTRATION | ☐ GET A TITLE ONLY | Current Plate Number |
|---|---|---|---|---|
| | ☐ CHANGE A REGISTRATION | ☐ REPLACE LOST OR DAMAGED ITEMS | ☐ TRANSFER PLATES | |

**NAME OF PRIMARY REGISTRANT** *(Last, First, Middle or Business Name)* | Name Change Yes ☐ No ☐ | **FORMER NAME** *(If name was changed you must present proof)*

**NYS driver license ID number of PRIMARY REGISTRANT** | **DATE OF BIRTH** Month Day Year | **SEX** M ☐ F ☐ X ☐ | **TELEPHONE or MOBILE PHONE NUMBER** Area Code ( )

**NAME OF CO-REGISTRANT** *(Last, First, Middle)* | Name Change Yes ☐ No ☐ | **EMAIL**

**NYS driver license ID number of CO-REGISTRANT** | **DATE OF BIRTH** Month Day Year | **SEX** M ☐ F ☐ X ☐ | **ADDRESS CHANGE?** ☐ YES ☐ NO

**THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL** *(Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)* | Apt. No. | City or Town | State | Zip Code | County of Residence

**THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS.** *(DO NOT GIVE A P.O. BOX.)* | Apt. No. | City or Town | State | Zip Code

### SECTION 2

**VEHICLE IDENTIFICATION NUMBER** | **VEHICLE DESCRIPTION** Year Make | **Body Type** *(mark one)*
☐ 2-Door  ☐ Convertible  ☐ Trailer
☐ 4-Door  ☐ Suburban/SUV  ☐ Motorcycle

**Color** | **Unladen Weight** | *Type of Power (Fuel)* ☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None | ☐ Pick-up  ☐ Limo  ☐ Tow
☐ Van  ☐ Other

**Cylinders** | **Maximum Gross Weight** *For trailers & commercial vehicles* | **Adult Seating Capacity (Including Driver)** | **Odometer Reading in Miles** | *Office Use Only* **Mileage Brand** ☐ A ☐ E ☐ N | *For commercial vehicles* Axles | Distance

Was this vehicle altered to increase the capacity beyond that provided by the manufacturer by method of extended chassis, lengthened wheel base, or a lengthened seating area? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☐  No ☐

If **YES**, do you have the required Federal Alterer's Safety Certification (normally found on the door jamb) in accordance with VTL §401? Yes ☐  No ☐

If **YES**, is this altered vehicle equipped with safety belts at all occupant seating positions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☐  No ☐

**IMPORTANT:** If your vehicle was altered/stretched to increase the passenger capacity, you must present to the DMV office a photograph or copy of all labels or plates (normally put on the driver's side door). If the vehicle was altered or stretched and now has an adult seating capacity of 9 or more (including the driver), you must show the original NYS DOT Inspection Receipt OR A NYS DOT Exemption Letter.

### SECTION 3

**If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.**

**PRIMARY OWNER NYS License Number** | **NAME OF PRIMARY OWNER** *(Last, First, Middle)* | **PRIMARY OWNER DATE OF BIRTH** Month Day Year | **PRIMARY OWNER SEX** M ☐ F ☐ X ☐

**THE ADDRESS WHERE PRIMARY OWNER GETS MAIL** *(Include the Street Number and Name, Rural Delivery or box number)* | Apt. No. | City or Town | State | Zip Code | County

**NAME OF CO-OWNER** | **REGISTRATION AUTHORIZATION** ☐ My signature authorizes the person(s) named in Section 1 to register this vehicle in that person's name. I have provided the current ownership document.

**X**

*(Signature of ALL owner(s) and proof of ID required when first applying for a NYS title. See form ID-82 - Proofs of Identity for Registration and Title.)* | *(Date)*

### OFFICE USE ONLY

| New Plate | | | | | | New Class | | | Ins. Co. Code | | | Special Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Sales Tax | Status | Value ($) | | Rate | | Out of State | | Jurisdiction | | | Audit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Prior Owner | | | | Issuance State | Title | Lien | Lien Number | | | Lien Release | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Proof Submitted

Special Conditions: AT  BV  CF  CO  EO  EX  FL
IO  NE  NF  NR  NU  OP  OV
PA  PI  PK  RC  RE  SC  SO
SP  SR  SS  SV  TE  TL  TO
TP  TR  TX  XR  X6  WO

**SECTION 4**

## DAMAGE DISCLOSURE

Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss?   ☐ Yes  ☐ No

**If you marked YES,** the vehicle must have an anti-theft examination before it is registered. The title that is issued will have the statement "Rebuilt Salvage" on it.

## VEHICLE MODIFICATIONS

Has this vehicle been modified from the original manufacturer specifications without extending the chassis or lengthening the wheel base? (Examples include: color changes, added seats, permanently mounted camping equipment, multi-stage vehicles.) If "Yes," describe the modifications:   ☐ Yes  ☐ No

_____

_____

**SECTION 5**

## NON-PERSONAL VEHICLE USE

\* Vehicles that transport passengers may require NYS DOT Operating Authority (see https://www.dot.ny.gov/divisions/operating/osss/bus/passenger), NYS DOT Inspection (see https://www.dot.ny.gov/divisions/operating/osss/bus/inspection) and/or be subject to Article 19-A requirements (see https://dmv.ny.gov/motor-carriers/information-and-forms-article-19).

Check one:

☐ A commercial tow truck with a gross vehicle weight rating of at least 8,600 pounds

☐ Ambulette\*

☐ Operates as a taxi\* (you **must** complete the "Taxis Only" section below)

☐ Used only as a farm vehicle (form MV-260F, Part 1 **must** be submitted)

☐ Hearse

☐ Rented without a driver (private rental)

☐ Used only as an agricultural truck or agricultural trailer

☐ Combination Hearse/Invalid Coach\*

☐ Used to pick up passengers for compensation **only** in jurisdictions that do not regulate taxis\*

☐ Ambulance

☐ Used to transport passengers\* (Bus, Livery, School Bus, School Car)

☐ Other - describe the use:

_____

## INSURANCE REQUIREMENTS

☐ For Hire (direct or indirect compensation) - Submit an FH Certificate

☐ DOT Operation - Submit and record the NYS DOT Permit and/or the Federal DOT Permit number:

_____

☐ Not For Hire  - Submit a current and valid NYS Insurance ID Card

## TAXIS ONLY (check one)

☐ Vehicle is used in New York City, Westchester, or Nassau counties.

☐ Vehicle is used for pick up in a jurisdiction that regulates taxis **other than** NYC, Westchester county, or Nassau county.

☐ Vehicle is used as a contract carrier in NYC (commuter van with seating capacity between 9 and 14). You are eligible for LIVERY plates.

**SECTION 6**

## CERTIFICATION

I certify that the information I have given on this application and on any documentation provided in support of this application is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection, or has qualified for a time extension (form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

**WARNING: Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to prosecution under the law.**

Print Name Here _____
(Print Name in Full - if registering for a corporation, print your full name and title)

Print Additional Name Here _____
(Print Name in Full)

Sign Here X _____
(Sign Here)

Additional Signature X _____
(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

# EXHIBIT

# B1

## AFFIDAVIT OF SERVICE

State of New York
County of _Queens_

The undersigned being duly sworn, deposes and says:

Jaheim Chapman-Green is not a party to the action, is over 18 years of age and a mailing address of 2181 Madison ave 9h New York, NY 10037

That on 09/14/2023 deponent served the within a completed claim for captioned  In the Matter of the Claim of KAMARLEY DORRELL -against- COUNTY OF NASSAU, NEW YORK, an EXPLANATORY STATEMENT, Exhibits A-B.

Upon Thomas A. Adams County Attorney Office of the County Attorney located at
One West Street Mineola, New York 11501

Service by Certified Mail: by depositing a true copy of the aforesaid documents in a postpaid

properly addressed envelope a post office or official depository under the exclusive care

and custody of the United States Postal Service.

_____
Signature of person serving papers

_____
Printed Name

Sworn to before me this _14th_

day of _September 2023_

_____
Notary Public

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

## 9589071052700660126802

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:17 pm on September 18, 2023 in MINEOLA, NY 11501.

Feedback

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

MINEOLA, NY 11501
September 18, 2023, 3:17 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052700660126819

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:17 pm on September 18, 2023 in MINEOLA, NY 11501.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

MINEOLA, NY 11501
September 18, 2023, 3:17 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

In the Matter of the Claim of

**Two copies of claim must be served on the County Attorney of Nassau County, either personally or by registered or certified mail.**

KAMARLEY DORRELL

-against-

COUNTY OF NASSAU, NEW YORK

PLEASE TAKE NOTICE that I, KAMARLEY DORRELL

Name of Claimant

of NON APPLICABLE          NON APPLICABLE          NON APPLICABLE

Street and Number          City or Village          Township

NON APPLICABLE          NON APPLICABLE          347-418-2264

County          State          Phone

pursuant to the statues in such cases made and provided, do hereby make claim against the

County of Nassau for the sum of  TEN MILLION

Dollars ($ 10,000,000          ) and in support of such claims do state the following:

1. The damages for which I make clam, as hereinafter more particularly described, were sustained at or about 9:00          o'clock am  pm ✔ on the  28th          day

of AUGUST          , 20 23          , at

**Claim must Be served within 90 days of damage.**

NASSAU EXPRESSWAY/BURNSIDE AVE INWOON

Street          City or Village

HEMPSTEAD, TOWN OF - 3050    NASSAU          NY

Township          County          State

2. The damage was sustained in the following manner, to wit:

**State briefly, and exactly, the facts.**

I KAMARLEY DORRELL WAS TRAVELING BETWEEN THE HOURS OF 9PM AND 10 PM ON AUGUST 28, 2023 WHEN I ENCOUNTERED NASSAU COUNTY POLICE OFFICERS (OFFICER CASTELLO ALLEGED BADGE NUMBER 4564 AND OFFICER COCOZZO) IN THE VEHICLE NUMBER 408 WHO COMMITED A SERIES OF VIOLATIONAS OF MY HUMAN RIGHTS. (SEE EXPLANATORY STATEMENT)

State briefly, the cause of the damage.

3. The damages sustained by the undersigned were caused by

I KAMARLEY DORRELL WAS TRAVELING BETWEEN THE HOURS OF 9PM AND 10 PM ON AUGUST 28, 2023 WHEN I ENCOUNTERED NASSAU COUNTY POLICE OFFICERS (OFFICER CASTELLO ALLEGED BADGE NUMBER 4564 AND OFFICER COCOZZO) IN THE VEHICLE NUMBER 408 WHO COMMITED A SERIES OF VIOLATIONAS OF MY HUMAN RIGHTS. (SEE EXPLANATORY STATEMENT)

4. That the damages sustained by the undersigned are as follows:

Property damage itemize; Personal injuries, state nature and extent; state amount claimed for each item and total.

THE DAMAGES THAT TOOK PLACE IN THIS MATTER WAS, MULTIPLE VIOLATION OF HUMAN RIGHTS, MULTIPLE VIOLATIONS OF MY CONSTITUTIONAL RIGHTS, WRONGFULLY DETAINED, DEFAMATION OF CHARACTER , A VICTIM OF FRAUD, DISCRIMINATION, RACIALLY PROFILED, STOLEN PROPERTY AND EMOTIONAL ANGUISH. (SEE EXPLANATORY STATEMENT)

WHEREOF, the undersigned respectfully requests that this claim be allowed and paid by the said County of Nassau.

Dated:

*Kamarley Dorell*
Claimant

STATE OF NEW YORK)
)ss.:
COUNTY OF NASSAU )

Claim must be verified by the claimant before a Notary Public.

, being duly sworn, deposes and says: That (s)he is the claimant herein; that (s)he has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to the knowledge of deponent, except as to the matters therein stated to be alleged on information and belief, and that as to those matters (s)he believes to be true.

Sworn to before me this

*Kamarley Dorrell*
Claimant

Notary Public
Notary Public in Nassau County
Commission Expires
Notary Public, Nassau County, NY No.

## EXPLANATORY STATEMENT

I Kamarley Dorrell, write this explanatory statement upon supporting documentation and beliefs.

I was traveling between the hours of (9pm and 10pm) on (August 28, 2023) when I encountered police officers from 4th precinct (vehicle number 408) who committed a series of violations of my human and constitutional rights.

(Officer Castello alleged badge number 4564) immediately yanks keys out of my bike before establishing who I am and gaining personal jurisdiction. This exhibits the intentions of stealing my property. I was then asked to provide identification when my bookbag was unlawfully searched without prior consent or a warrant. Both actions go against the 4th amendment of the US Constitution.

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 1 I displayed my passport card which was provided to Officer Castello alleged badge number 4564 at the introduction of the video. Officer then confirms that was the document that he ran.

Video 1 (0:45-0:50) Officer Cocozzo is seen giving a false badge number when I requested their names and badge numbers which is in violation of 18 U.S. Code § 35 - Imparting or conveying false information.

Video 1 (1:27-1:35) Officer Castello alleged badge number 4564 admits to stealing my property by saying "we are taking your property" with aggression even though I've informed him that they do not have the right to do so. This goes against my human rights and the 4th amendment of the US Constitution.

Video 1 (2:10-2:20) I've informed Officer Castello alleged badge number 4564 that the information provided to me on a list of 10 tickets is not my information. He then asked me for an address to which I replied "I don't have an address." He then says that he'll use that information even though he acknowledged that the information is false. This act is in violation of 18 U.S. Code § 35 - Imparting or conveying false information

1

Video 1 (4:37- 4:43) Officer Castello alleged badge number 4564 clearly states "well you didn't want to provide us with an address so we used one that was on record with New York State DMV" based on this statement, the information that was provided may no longer be current as he stated that "it was on record" Was is a verb that indicates a past state or action of one person or thing.

Video 1 (4:47 - 5:11) officer accuses me for violating commercial codes. I then informed him that what I'm being accused of is commercial activity and that I was traveling which is not commercial activity. My passport card also states, Valid for domestic air travel, international land and sea travel between the U.S., Canada, Mexico, the Caribbean and Bermuda.

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 2 officer Cocozzo states that I have to have my property registered with the DMV in order to travel which is false. Traveling is not a commercial activity. This act is in violation of 18 U.S. Code § 35 - Imparting or conveying false information(B)Withholding, falsifying, and destroying records

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 3 I asked Officer Castello alleged badge number 4564 what information was on my passport. The video abruptly ends however the conversation continues in the link labeled as Video 4. Video 4 (0:38-0:50) officer explains that dmv has generated a client ID for me with inaccurate information. This act showcases fraudulent activity. 26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

Video 4 (129-150) Officer Cocozzo has stated that there is a whole computerized system where he can obtain all personal information such as credit cards, debt information, previous addresses, phone numbers and social security numbers without the consent of an individual. According to Social security administration § 401.100. Disclosure of records with the written consent of the subject of the record.(a) *General.* Except as permitted by the Privacy Act and the regulations in this part, or when required by the FOIA, we will not disclose your records without your written consent.The purpose of disclosing any identification is to verify if the given document is valid information. This is in violation of 12 CFR § 1022.3 - Definitions (h) Identity theft means a fraud committed or attempted using the identifying information of another person without authority.

Additionally, Officer Cocozzo has made a false statement, violating corpus delicti laws and defaming me personally by asserting that there was an injured person present at the time I was wrongfully detained while traveling. See video 5 (0:00 - 1:07) in my Exhibit page (EXHIBIT A)

This act is in violation of 18 U.S. Code § 35 - Imparting or conveying false information. (B)Withholding, falsifying, and destroying records

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

Video 5 (0:00 -107) Officer Castello alleged badge number 4564 has made an attempt to reach for his firearm and has made threatening language, telling me to back up as I was asking for identification of each officer and if there were any injured parties in this matter. Officer Castello has knowingly committed a threatening act, due to the fact that officer Castello has conducted an unlawful search of my bag, prior to my identification given, on video 1. This act of searching my bag and flashing a flashlight, without my consent also goes against my 4th amendment right.

In my Exhibit page (EXHIBIT A) with the video link labeled as Video 6, there is a third party company called All County which was used to steal my property from me. I was given a card from an employee of ALL COUNTY which I read aloud between 0:58 - 1:08. Between (1:25 -

2:30) both officers Cocozzo and Castello are seen having a conversation and writing on some form of document. They then all leave and I never received any documentation in regards to my bike other than a business card. (Business card annexed as Exhibit A) ALL COUNTY also does not identify as a local authority. Officer Cocozzo stated that my property will be impounded and then proceeds to call a 3rd party towing company to steal my property. Officers have violated New York Consolidated Laws, Vehicle and Traffic Law - VAT § 511-b. Seizure and redemption of unlawfully operated vehicles.

A motor vehicle so impounded shall be in the custody of the local authority and shall not be released.,

Officers from 4th precinct have failed to comply with New York Consolidated Laws, Vehicle and Traffic Law - VAT § 511-b. Seizure and redemption of unlawfully operated vehicles. This also proves the intentions of the officers  who were stealing my property.

In Video 7 I've provided screen recordings of nassau county's ticket search and searched all 10 tickets. None of those tickets exist which proves it to be false tickets. This proves an act of fraud. 26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

All 10 tickets will be annexed as Exhibit B. The tickets also have an unfinished address. The given address on all 10 tickets states, 164 WEST 141 STREET BLANK APARTMENT NUMBER NEW YORK NY 10030. This address provided is a residential building. (See EXHIBIT A for a link labeled street view) the tickets also shows officer Cocozzo badge number as 10909.

This exhibits the act of fraud. 26 U.S. Code § 7206 - Fraud and false statements (B)Withholding, falsifying, and destroying records

Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution.

The tickets listed below have offenses that are contradicting, repetitive and require fines that can estimate up to ($3,836.00) and/or an arrest which further supports my claim. No arrest was ever made due to the fact that there was no personal jurisdiction established.

- Ticket K205H4583T AGGRAVATED UNLIC OP 3RD (MISD)
- Ticket K205H459LW UNLICENSED OPERATOR
- Ticket K205H45BF4 OPERATING OUT OF CLASS
- Ticket K205H45BHZ UNAPPROVED/NO FACE SHIELD- MCY
- Ticket K205H45BMD UNAPPROVED/NO PROTECTIVE HELMET MCY
- Ticket K205H45BQ0 UNREGISTERED LIMITED USE VEHICLE
- Ticket K205H45BT4 UNREGISTERED MOTORCYCLE
- Ticket K205H45BWJ DRIVING BELOW MINIMUM POSTED SPEED LIMIT
- Ticket K205H45C1F UNINSURED ATV
- Ticket K205H45C64 UNINSPECTED MOTOR VEHICLE

Based on the penalties for each ticket, I feel that this was an attempt to extort me financially with falsely produced documents.

I feel that I am a victim of fraud, the act of discrimination and have been racially profiled due to the fact that I was laughed at, spoken to aggressively, searched without prior consent and lastly my property was stolen from me without due process of law which is against the 4th and 5th amendment of the US Constitution.

The damages that took place in this matter was, multiple violation of my human rights, multiple violation of my constitutional rights, wrongfully detained, defamation of character, stolen property, and emotional anguish.

Based on all the information, I am requesting a total of TEN MILLION ( $10,000,000) USD to recover all damages. If this matter cannot be resolved within 30 days from the date of receipt, this matter will result in a lawsuit.

`

# EXHIBIT

# A







# EXHIBIT PAGE

Video 1
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-cd329537-ca1e-42d8-a4fe-187d6581e753

Video 2
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-5a8f09bd-fe8f-4c42-8726-558fa76ebc25

Video 3
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-4276e2e7-08c2-4a54-bf79-c54407011715

Video 4
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-31114c74-adf9-4152-a3fb-4d092546ec7f

Video 5
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-014a9ad1-e29e-451e-827d-fd9f51ffdc5b

Video 6
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-b42f2a28-d435-48a5-aa98-0fb01f51e175

Video 7
https://tdexqbo.sharing.bublup.com/ui/landing_page?item_id=001-i-ce5f6deb-46d5-4790-8fa7-b76e0d1915c6

Street view
https://www.bing.com/maps/streetside?lvl=17&style=x&mo=om.1~z.2.06&v=2&sV=1&cp=40.818768~-73.940136&where1=40.818768,-73.940136&dir=221.9&signedup=1&locsearch=1&form=RIMGSS&name=&q=164%2bW%2b141st%2bSt%2c%2bNew%2bYork%2c%2bNY%2b10030

# EXHIBIT

# C1



Nagie Nadal <nadalnagie2@gmail.com>

## Nassau County FOIL - DO NOT REPLY

1 message

**NassauCountyFoils@nassaucountyny.gov** <NassauCountyFoils@nassaucountyny.gov>
To: nadalnagie2@gmail.com

Mon, Oct 16, 2023 at 6:58 PM



Nassau County FOIL Request
Police

📎 PD FOIL

Dear **Nagie Nadal**,

This email will acknowledge that your request for records below has been received by the Nassau County Police Department. There should be a determination regarding this request in approximately forty five (45) days.

**FOIL Reference Number: 336928**
**PD FOIL Reference Number: 2590-23**

Depar
tment Police
:

Requ
ested
Recor
ds:
I am requesting body cam footage from officers, Castello alleged badge number 4564, Officer Cocozzo alleged badge number 3773 or Durkin alleged badge number 3864 Lambros alleged badge number 4585 from August 28, 2023 between the hours 9:00pm and 11:00pm. The status of all body cams of said officers on the date of August 28, 2023 whether or not if body cams were functioning or malfunction. Dash cams of all assigned vehicles for said officers from 4th precinct on August 28, 2023 between the hours of 9:00pm and 11:00pm.

| First Name: | Nagie | Last Name: | Nadal | |
|---|---|---|---|---|
| Address: | Rural Free Delivery | | | |
| City: | Non-domestic | State: NY | Zip: 00000 | |
| Email Address: | nadalnagie2@gmail.com | | | |
| Phone Number: | | | | |

Nassau County Police Department
Office of the Commissioner of Police
1490 Franklin Avenue
Mineola, New York 11501.

 Gmail

Nagie Nadal <nadalnagie2@gmail.com>

## Nassau County FOIL - Your FOIL request has been acknowledged - DO NOT REPLY
1 message

**NassauCountyFoils@nassaucountyny.gov** <NassauCountyFoils@nassaucountyny.gov>
To: nadalnagie2@gmail.com

Tue, Oct 17, 2023 at 7:15 AM

 NASSAU COUNTY
LONG ISLAND NEW YORK

Nassau County FOIL Request
Police

PD FOIL

The Police department has received your Freedom of Information Law ("FOIL") request dated (Reference # 336928) / (PD FOIL Reference # 2590-23).

Please be advised that your request is being reviewed to determine if the records you request are available and subject to the FOIL.

You should receive a response within forty five (45) business days.


Nassau County Police Department
Office of the Commissioner of Police
1490 Franklin Avenue
Mineola, New York 11501.

ALL CORRESPONDENCE MUST INCLUDE YOUR FOIL REFERENCE NUMBER

Thank you.


Nassau County Police Department
https://www.pdcn.org/

 **Gmail**

Nagie Nadal <nadalnagie2@gmail.com>

## Reference #: 336928/PD Reference #2590-23

1 message

**do-not-reply@nassaucountyny.gov** <do-not-reply@nassaucountyny.gov>
Reply-To: FOIL@pdcn.org
To: nadalnagie2@gmail.com
Cc: nadalnagie2@gmail.com

Wed, Nov 8, 2023 at 11:52 AM

 NASSAU COUNTY
LONG ISLAND NEW YORK

Nassau County FOIL Request
Police

 PD FOIL

**We are in receipt of your Freedom of Information Law (FOIL) request.**

**Please be advised that your request is denied pursuant to NYS Public Officers Law §87(2)(b). Producing the records requested would constitute "an unwarranted invasion of personal privacy."**

**You may appeal this decision within 30 days, in writing to:**

**Nassau County Police Department**

**Office of the Commissioner of Police**

**1490 Franklin Avenue**

**Mineola, New York 11501**

Nassau County Police Department
Office of the Commissioner of Police
1490 Franklin Avenue
Mineola, New York 11501.

ALL CORRESPONDENCE MUST INCLUDE YOUR FOIL REFERENCE NUMBER

Thank you.

Nassau County Police Department
https://www.pdcn.org/

All County phone call with Vanessa

https://m0dzqvg.sharing.bublup.com/ui/landing_page?item_id=001-i-c7b826ca-9558-472d-b199-1a8b4922696e


All County Phone Call Explained to be a repair shop

https://m0dzqvg.sharing.bublup.com/ui/landing_page?item_id=001-i-160e1b25-4ff8-4744-81e6-624817ce6a37


Nagie's Foil request

https://m0dzqvg.sharing.bublup.com/ui/landing_page?item_id=001-i-c67e9f64-073d-4c0e-a833-1216070a23df


Kamarley's Foil request

https://m0dzqvg.sharing.bublup.com/ui/landing_page?item_id=001-i-23e962c1-4213-4ca7-8b17-c47db7669fb8

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

Kamarley Dorrell and Nagie Nadal

### DEFENDANTS

NASSAU COUNTY, NASSAU COUNTY POLICE DEPARTMENT and ALL COUNTY TOWING & AUTOBODY

**(b)** County of Residence of First Listed Plaintiff   N/A
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   NASSAU
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

N/A

Attorneys *(If Known)*

Thomas A. Adams
County Attorney

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

**Does this action include a motion for temporary restraining order or order to show cause? Yes** ☐ **No** ☒

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☒ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983. Diversity

Brief description of cause:
Stolen property

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$10,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

# CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

- [✔] monetary damages sought are in excess of $150,000, exclusive of interest and costs,
- [ ] the complaint seeks injunctive relief,
- [ ] the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

# NY-E DIVISION OF BUSINESS RULE 1(c)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?  ☐ Yes  ☑ No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?  ☑ Yes  ☐ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?  ☐ Yes  ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:  .

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?  ☑ Yes  ☐ No
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐ Yes  ☑ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

☐ Yes  (If yes, please explain  ☑ No

I certify the accuracy of all information provided above.

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Kamarley Dorrell<br>Nagie Nadal<br><br><br>_Plaintiff(s)_<br>v.<br>NASSAU COUNTY<br>ALL COUNTY TOWING & AUTOBODY INC.<br>NASSAU COUNTY POLICE<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

RECEIVED
NOV 1 4 2023
PRO SE OFFICE

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Thomas A. Adams County Attorney Office of the County Attorney One West Street Mineola, New York 11501
ALL COUNTY TOWING & AUTOBODY INC. C/O DAVID H. COHEN, ESQ. MORITT HOCK & HAMROFF LLP, 400 GARDEN CITY PLAZA, GARDEN CITY, NY, UNITED STATES, 11530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kamarley Dorrell and Nagie Nadal
Email: Dorrellnadal@gmail.com

in care of: Nagie Nadal 209 West 125 street NY New York 10027 #2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
_CLERK OF COURT_

Date: _____        _____
_Signature of Clerk or Deputy Clerk_