| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 6/13/24<br>TIME: 12:00 pm |

CASE: **CV 23-8471 (GRB) Dorrell et al v. Nassau County et al**

TYPE OF CONFERENCE:   MOTION          FTR: 12:10-12:30

APPEARANCES:
   For Plaintiff:   Kamarley Dorrell and Nagie Nadal (pro se)

   For Defendant: Alexander Sendrowitz (All County Towing)
               No appearance from Nassau County

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒   Other: Oral argument held. Defendant All-County's motion to compel, DE [45], is granted. Plaintiffs will provide the responsive documents and interrogatory answers sought regarding ownership of the moped and other issues addressed. If the Plaintiffs do not have responsive documents they should say so in writing. These responses will be provided no later than July 11, 2024. Further, Docket Entry [45-5] will be sealed and information including the relevant VIN number will be redacted in court filings going forward.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   8/5/24 at 10:30 am          : Status conference

                               SO ORDERED

                                /s/Steven I. Locke
                               STEVEN I. LOCKE
                               United States Magistrate Judge