UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMARLEY DORRELL and NAGIE NADAL, | Docket No.: 23-cv-08471 (GRB)(SIL) |
| Plaintiff, | |
| -against- | **NOTICE OF CROSS-MOTION** |
| NASSAU COUNTY, ALL COUNTY TOWING & AUTOBODY, INC., NASSAU COUNTY POLICE, | |
| Defendants. | |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Alexander E. Sendrowitz, Esq. dated March 24, 2025, and the exhibits attached thereto, the Statement of Material Facts Pursuant to Local Rule 56.1, dated October 18, 2024, and the accompanying Memorandum of Law, dated March 24, 2025, Defendant All County Towing & Autobody, Inc. ("ACT") will cross-move this Court, before Magistrate Judge Steven I. Locke at the United Stated Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on the 12th day of May, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard for an Order granting ACT cross-motion pursuant to Fed. R. Civ. P. 56 for summary judgment, dismissing Plaintiffs Kamarley Dorrell and Nagie Nadal's Complaint as against it in its entirety.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's February 25, 2025 Scheduling Order, answering papers, if any, are required to be served upon the undersigned on or before April 25, 2025. ACT shall serve its reply to its motion on or before May 9, 2025.

Dated: Hauppauge, New York
      March 24, 2025

QUATELA | CHIMERI PLLC


By: _/S/ Alexander E. Sendrowitz_
    _____
    Alexander E. Sendrowitz, Esq.
*Attorneys for All County Towing
& Autobody, Inc.*
888 Veterans Memorial Hwy., Ste. 530
Hauppauge, New York 11788
(631) 482-9700