**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 4/15/26
TIME: 1:30 pm

CASE: **CV 23-8471 (GRB) Dorrell et al., v. Nassau County et al.**
TYPE OF CONFERENCE: SETTLEMENT

FTR:

APPEARANCES:
For Plaintiff: Kamarley Dorrell and Nagie Nadal

For Defendant: Nicholas Zotto

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Settlement conference held. Case settled.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge